[Nos. 25022-9-III; 25047-4-III; Division Three. September 13, 2007.] 25601-4-III.

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL A. AHLWARDT, *Appellant*.

*In the Matter of the Personal Restraint of* SAMUEL A. AHLWARDT, *Petitioner*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 04-1-00310-4, Michael E. Cooper, J., entered February 22, 2006, together with petitions for relief from personal restraint. Judgment *affirmed* and petitions *dismissed* by unpublished opinion per Stephens, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 55000-4-I. Division One. September 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER JOHN KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-06985-6, Anthony P. Wartnik, J., entered September 3, 2004. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 55188-4-I. Division One. September 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY ROBERT KINSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-01406-5, Sharon S. Armstrong, J., entered October 15, 2004. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 57496-5-I. Division One. September 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY N. CALDERON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-11678-0, James D. Cayce, J., entered December 23, 2005. *Affirmed* by unpublished per curiam opinion.